IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )         8:08CR70
                               )
       v.                      )
                               )
COLT MATTHEW TAYLOR,           )         ORDER
                               )
               Defendant.      )
_____)
```

On February 18, 2011, the defendant appeared with counsel for a final hearing on a revocation of supervised release (Filing No. 118). Defendant was present and represented by James J. Regan, Attorney at Law. Plaintiff was represented by Kimberly C. Bunjer, Assistant United States Attorney. Defendant admitted to the Allegation 2; Allegations 1, 3 and 4 were dismissed by the Government. The Court found the defendant to be in violation of the conditions of his supervised release. The Court revoked defendant's supervised release and proceeded to sentencing.

IT IS ORDERED:

1) Defendant's supervised release is hereby revoked and the defendant is sentenced to the Bureau of Prisons for a term of six (6) months with credit for time served since January 27, 2010.

2) Defendant's incarceration shall be followed by a thirty (30) month term of supervised release, subject to the same terms and conditions as originally imposed, with the additional

conditions that the defendant shall attend, pay for and successfully complete any diagnostic evaluations, treatment or counseling programs, or approved support groups (e.g., AA/NA) for alcohol and/or controlled substance abuse, as directed by the probation officer.

    3)  Upon completion of treatment, the defendant shall transition to a three-quarter way house for a minimal stay of 120 days, unless approved by the probation officer.

    DATED this 22nd day of February, 2011.

    BY THE COURT:

    /s/ Lyle E. Strom
    _____
    LYLE E. STROM, Senior Judge
    United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this
_____ day of _____, 2011.

_____Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the
_____ day of _____, 2011, to
_____, with a certified copy of
this judgment.

_____
UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served
upon the defendant this _____ day of _____, 2011.

_____   _____
                                                  UNITED STATES WARDEN

By: _____